Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0690

Jessie Smith, Gail Smith, Lee McKee, Aleshia McKee, Joseph Freda, and Katrina Williams v. Auburn Oaks, LLC (Appeal from Macon Circuit Court: CV-20-900057).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Shaw, Bryan, and Mitchell, JJ., concur.